# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593**

| | |
|---|---|
| In re:<br>Lewis R O'Reilly<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 8:21-bk-12426-ES |
| Angela Danciu<br><br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br>Versus<br>Lewis R O'Reilly<br><br>Defendant(s) | CHAPTER NO.: 7<br><br>ADVERSARY NO.: 8:22-ap-01002-ES |

## NOTICE THAT DEFAULT HAS NOT BEEN ENTERED BY THE CLERK
## UNDER LOCAL BANKRUPTCY RULE 7055-1(a)

On 3-17-22, a request was filed for the clerk to enter default against defendant(s) **Lewis R O'Reilly**.

After reviewing the request against the complaint filed and summons issued by the court, a default will NOT be entered due to the following reasons:

- ☑ The name of the defendant listed on the request does not match the complaint.
- ☐ The defendant's and or attorney's address listed on the Proof of Service does not match the complaint.
- ☐ The complaint file date listed on the request does not match the docket.
- ☑ A conformed copy of the executed Service of Summons form is not attached.
- ☐ The request is premature as the time for filing an answer or other responsive pleading has not expired.
- ☐ The summons has expired.
- ☐ An answer or other responsive pleading has been filed.
- ☑ The declaration required under Local Bankruptcy Rule 7055-1(a) is not attached.
- ☐ There is no Proof of Service of the request on the defaulting party.
- ☑ The Proof of Service and copy of the Summons is not attached to the request.
- ☐ A motion to (1) dismiss the Complaint or (2) for summary judgment has been filed by the defendant.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: March 17, 2022

By: **James Le**
    Deputy Clerk

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Angela Danciu<br>George Danciu | Lewis R O'Reilly |

(Form van193–nched VAN–193) Rev. 12/2014

## ATTACHMENT A