United States Bankruptcy Court

Central District of California

Danciu,
    Plaintiff

O'Reilly,
    Defendant

Adv. Proc. No. 22-01002-ES

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 17, 2022 | Form ID: van193 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Francis Thomas Donohue, Voss, Cook & Thel, 2301 Dupont Drive, Suite 500, Irvine, CA 92612-7504 |
| pla | + | Angela Danciu, 685 N. Popular Street, Orange, CA 92868-1011 |
| pla | + | George Danciu, 685 N. Popular Street, Orange, CA 92868-1011 |
| dft | + | Lewis R O'Reilly, 3059 Scholarship, Irvine, CA 92612-4420 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2022                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Francis T Donohue | on behalf of Plaintiff Angela Danciu ftd@vctlaw.com  dyolken@vctlaw.com |
| Francis T Donohue | on behalf of Plaintiff George Danciu ftd@vctlaw.com  dyolken@vctlaw.com |
| Karen S Naylor (TR) | alane@ringstadlaw.com  knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

District/off: 0973-8 User: admin Page 2 of 2
Date Rcvd: Mar 17, 2022 Form ID: van193 Total Noticed: 4
TOTAL: 4

# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| In re:<br>Lewis R O'Reilly<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 8:21–bk–12426–ES |
|---|---|
| Angela Danciu<br><br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br>Versus<br>Lewis R O'Reilly<br><br>Defendant(s) | CHAPTER NO.: 7<br><br>ADVERSARY NO.: 8:22–ap–01002–ES |

## NOTICE THAT DEFAULT HAS NOT BEEN ENTERED BY THE CLERK
## UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>3–17–22</u>, a request was filed for the clerk to enter default against defendant(s) **Lewis R O'Reilly**.

After reviewing the request against the complaint filed and summons issued by the court, a default will NOT be entered due to the following reasons:

- ☑ The name of the defendant listed on the request does not match the complaint.
- ☐ The defendant's and or attorney's address listed on the Proof of Service does not match the complaint.
- ☐ The complaint file date listed on the request does not match the docket.
- ☑ A conformed copy of the executed Service of Summons form is not attached.
- ☐ The request is premature as the time for filing an answer or other responsive pleading has not expired.
- ☐ The summons has expired.
- ☐ An answer or other responsive pleading has been filed.
- ☑ The declaration required under Local Bankruptcy Rule 7055–1(a) is not attached.
- ☐ There is no Proof of Service of the request on the defaulting party.
- ☑ The Proof of Service and copy of the Summons is not attached to the request.
- ☐ A motion to (1) dismiss the Complaint or (2) for summary judgment has been filed by the defendant.

Dated: March 17, 2022

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

By: <u>James Le</u>
   Deputy Clerk

(Form van193–ncned VAN–193) Rev. 12/2014         **7 – 6 / JLL**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Angela Danciu<br>George Danciu | Lewis R O'Reilly |

(Form van193–nched VAN–193) Rev. 12/2014

## ATTACHMENT A