United States Bankruptcy Court

Central District of California

Danciu,
    Plaintiff

O'Reilly,
    Defendant

Adv. Proc. No. 22-01002-ES

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2
Date Rcvd: Mar 28, 2022     Form ID: van192     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Francis Thomas Donohue, Voss, Cook & Thel, 2301 Dupont Drive, Suite 500, Irvine, CA 92612-7504 |
| pla | + | Angela Danciu, 685 N. Popular Street, Orange, CA 92868-1011 |
| pla | + | George Danciu, 685 N. Popular Street, Orange, CA 92868-1011 |
| dft | + | Lewis R O'Reilly, 3059 Scholarship, Irvine, CA 92612-4420 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Francis T Donohue | on behalf of Plaintiff Angela Danciu ftd@vctlaw.com dyolken@vctlaw.com |
| Francis T Donohue | on behalf of Plaintiff George Danciu ftd@vctlaw.com dyolken@vctlaw.com |
| Karen S Naylor (TR) | alane@ringstadlaw.com knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

District/off: 0973-8 User: admin Page 2 of 2
Date Rcvd: Mar 28, 2022 Form ID: van192 Total Noticed: 4
TOTAL: 4

# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

| | |
|---|---|
| In re: <br> Lewis R O'Reilly <br><br> Debtor(s). | BANKRUPTCY CASE NO.:  8:21−bk−12426−ES <br><br> CHAPTER NO.:  7 |
| Angela Danciu <br><br> **(See Attachment A for names of additional plaintiffs)** <br> Plaintiff(s) <br> Versus <br> Lewis R O'Reilly <br><br> Defendant(s) | ADVERSARY NO.:  8:22−ap−01002−ES |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On <u>3/25/22</u>, a request was filed for the clerk to enter default against defendant(s) **Lewis R. O'Reilly**.

 Having reviewed the request, the clerk hereby enters default as requested.

Dated: March 28, 2022

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

By: <u>James Le</u>
   Deputy Clerk

(Form van192−nched VAN−192) Rev. 12/2014

**10 − 9 / JLL**

## ATTACHMENT A
Names of plaintiffs and defendants

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| Angela Danciu<br>George Danciu | Lewis R O'Reilly |

(Form van192−nched VAN−192) Rev. 12/2014

## ATTACHMENT A