| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Francis T. Donohue III, Esq. (CSB# 106801)<br>email: ftd@vctlaw.com<br>VOSS, COOK & THEL LLP<br>2301 Dupont Drive, Suite 500<br>Irvine, California 92612-7504<br>Telephone  (949) 435-0225<br><br>☐  Individual *appearing without an attorney*<br>xx  *Attorney for: Plaintiffs Angela & George Danciu* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| In re:<br>LEWIS R. O'REILLY<br><br>Debtor<br>_____<br><br>Angela Danciu and George Danciu<br><br>Plaintiffs,<br><br>vs.<br><br>Lewis R. O'Reilly<br><br>Defendant.<br>) | CASE NO.:8:21-bk-12426-ES<br>Adv. Case NO. 8:22-01002-ES<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): Motion for Entry of Default Judgment |

PLEASE TAKE NOTE that the order titled **ORDER Granting Plaintiffs' Motion for Entry of Default Judgment**

was lodged on 05/30/2022 (*date*) and is attached.  This order relates to the motion which is docket number  13.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Voss, Cook & Thel LLP, 2301 Dupont Drive, Suite 500, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __05/30/2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Karen S Naylor (TR)
alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) __05/12/2022_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Lewis R O'Reilly, 3059 Scholarship, Irvine, CA 92612

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/30/2022 | Francis T. Donohue III | /s/ *Francis T. Donohue III* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Francis T. Donohue III, Esq. (CSB# 106801)
email: ftd@vctlaw.com
VOSS, COOK & THEL LLP
2301 Dupont Drive, Suite 500
Irvine, California 92612-7504
Telephone  (949) 435-0225
Fax  949 435-0226

Attorneys for Plaintiffs
Angela Danciu and George Danciu

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>LEWIS R. O'REILLY<br><br>Debtor<br><br>_____<br><br>Angela Danciu and George Danciu<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Lewis R. O'Reilly<br><br>　　　　Defendant. | CASE NO.  8:21-bk-12426-ES<br><br>Chapter 7<br><br>Adv. Case No.8:22-01002-ES<br><br>**[Proposed] ORDER Granting Plaintiffs' Motion for Entry of Default Judgment**<br><br>**Notice pursuant to LBR 9013-1(b)** |

　　　　Plaintiffs and creditors Angela Danciu and George Danciu (collectively, the "Dancius" or "plaintiffs") have moved for entry of default judgment against debtor and defendant Lewis R. O'Reilly.

　　　　Good cause having been found, IT IS HEREBY ORDERED that:

　　　　1. Plaintiffs' motion for entry of default judgment against Lewis R. O'Reilly is Granted.

　　　　2. A separate judgment will be entered against debtor and defendant Lewis

-1-

**[Proposed] ORDER Granting Plaintiffs' Motion for Entry of Default Judgment**

1   O'Reilly and in favor of plaintiffs Angela Danciu and George Danciu which shall
2   find and declare that the claims of Angela Danciu and George Danciu against Lewis
3   R. O'Reilly for breach of contract (guaranty) and fraud as set forth in the First
4   Amended Complaint in case *Danciu v. O'Reilly*, Case Number 30-2020-01146632
5   pending in the Superior Court of the State of California are non-dischargeable
6   pursuant 11 U.S.C. § 523(a)(2)  and therefore are not discharged in this above
7   captioned bankruptcy; and the stay on that state court action is hereby lifted so that
8   plaintiffs may pursue their claims against O'Reilly in the state court action.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28